

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00351-CV

Joshua M. **HINSON** and Louise Hinson,
Appellants

v.

Don **LEESEBURG** and Carla M. Leeseburg,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16610
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

In this restricted appeal, we abated the appeal until August 29, 2014, to allow the parties to reach a settlement. *See Transport Ins. Co. v. Faircloth*, 898 S.W.2d 269, 280 (Tex. 1995) (public policy favors settlements). We ordered Appellants to file a response by that date.

On August 28, 2014, Appellants advised the court the parties have agreed to mediation on September 26, 2014, and moved this court to extend the deadline to file Appellants' brief.

Appellants' motion is GRANTED. We ORDER Appellants to file in this court not later than September 29, 2014, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

If the parties fail to settle, Appellants' brief will be due on October 27, 2014.

All other appellate deadlines remain SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court